Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd., Suite 205
Paramount, CA 90723
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
LIGIA ORTEGA

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| LIGIA ORTEGA, | Case No.: 2:18-cv-4741-FMO-AFM |
| Plaintiff; | **VOLUNTARY DISMISSAL OF A CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| v. | |
| SPEEDY CASH, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Plaintiff, LIGIA ORTEGA, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that she voluntarily dismisses all claims in this action as to herself in her individual capacity *with prejudice*. Defendant Speedy Cash has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice without an Order of the Court.

1                                    RESPECTFULLY SUBMITTED,

2     DATED: August 22, 2018            WESTGATE LAW

3

4                           By:<u>/s/ Matthew A. Rosenthal</u>

5                               Matthew A. Rosenthal
                                Attorney for Plaintiff,

6                                 LIGIA ORTEGA

7

8

9

10

11                            **CERTIFICATE OF SERVICE**

12    I hereby certify that on August 22, 2018, I filed the forgoing document with the

13 Clerk of the Court using the CM/ECF System.  Notice of said filing was served via

14 e-mail transmission to the following:

15         Jamie D. Wells
         McGuire Woods LLP
16         Two Embarcadero Center
         Suite 1300
17         San Francisco, CA 94111-3821
         jwells@mcguirewoods.com
18

19                               By:<u>/s/ Matthew A. Rosenthal</u>
                               Matthew A. Rosenthal

20

21

22

23

24

25